JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

4/28/14

CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SORAYA C. MATAMOROS, | ) | No. CV 13-3964-CW |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: April 28, 2014

_____
CARLA M. WOEHRLE
United States Magistrate Judge