1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SORAYA C. MATAMOROS,

        Plaintiff,

    vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 13-cv-03964-CW

ORDER AWARDING EQUAL
ACCESS TO JUSTICE ACT
ATTORNEY FEES AND EXPENSES
PURSUANT TO 28 U.S.C. § 2412(d)
AND COSTS PURSUANT TO 28
U.S.C. § 1920

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,900.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  July 16, 2014

*Carla M. Woehrle*

THE HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

-1-